# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1411

_____

THEOPHUS DAVISON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

June 13, 2018

PER CURIAM.

The petition for writ of habeas corpus is denied on the merits.

WOLF, JAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Theophus Davison, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.